# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2311
LT Case No. 2021-CF-003642-A

_____

MANES PIERRE,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Prohibition.
Robert William Hodges, Respondent Judge.

Manes Pierre, Ocala, pro se.

No Appearance for Respondent.

February 20, 2026

PER CURIAM.

This Court earlier denied Petitioner's petition for writ of prohibition stemming from Marion County Circuit Court Case No. 2021-CF-003642-A. In the present matter, Petitioner filed a pro se third amended petition for writ of prohibition, which he later withdrew after this Court issued an Order to Show Cause directing him to demonstrate why he should not be prohibited from filing any appeal, petition, pleading, or motion pertaining to Marion County Circuit Court Case No. 2021-CF-003642-A, unless reviewed and signed by an attorney licensed to practice in the

State of Florida. Because the petition has been withdrawn, we vacate the Order to Show Cause. However, as it appears that Petitioner's filings are abusive, repetitive, malicious, or frivolous, Petitioner is cautioned that any further pro se filings in this Court asserting claims stemming from the identified case number may result in sanctions such as a bar on future pro se filings in this Court. *See State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

PETITIONER WARNED; PETITIONER'S MOTION TO VACATE ORDER TO SHOW CAUSE TREATED AS RESPONSE; AND ORDER TO SHOW CAUSE VACATED.

EISNAUGLE, SOUD, and MACIVER, JJ., concur.

------------------------------

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

------------------------------